**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Juwan Darnell Lomax, Appellant.

Appellate Case No. 2012-212485

_____

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

_____

Unpublished Opinion No. 2014-UP-072
Submitted January 1, 2014 – Filed February 19, 2014

_____

**APPEAL DISMISSED**

_____

Appellate Defender Breen Richard Stevens and Appellate Defender Benjamin John Tripp, both of Columbia; and Juwan Lomax, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

_____

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.